



**EVAN K. FARBER**
Partner

345 Park Avenue
New York, NY  10154

**Direct** 212.407.4018
**Main** 212.407.4000
**Fax** 212.407.4990
efarber@loeb.com

> Application GRANTED.  The initial pretrial conference scheduled to take place on March 28, 2024, is adjourned to **May 16, 2024, at 10:30 a.m. (E.T.)**.  The parties shall dial 646-453-4442, enter the meeting code 447127253, and press pound (#).  The parties' joint letter and proposed case management plan shall be submitted on ECF by **May 8, 2024**.  The parties are reminded that they may at any time seek a referral to the Magistrate Judge or the Court-annexed mediation program to discuss settlement.  SO ORDERED.
>
> _/s/ Dale E. Ho_
> Dale E. Ho
> United States District Judge
> New York, New York
> Dated: March 20, 2024
>
> The Clerk of Court is respectfully requested to terminate ECF No. 19.

via ECF

March 19, 2024

Honorable Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York NY 10007

Re:   *Intelectiva Real Estate Inc., et al. v. Thor 530 Fifth Ave Investor LLC*, et al - 1:24-cv-00470-DEH

Dear Judge Ho:

We represent Plaintiffs in the above captioned action.  We write, with consent of all Defendants, to request a 45-day adjournment of the parties' upcoming preliminary conference, currently scheduled for March 28, 2024, and of all associated deadlines, including the March 20, 2024 deadline to submit a proposed Case Management Plan.

This is an action for, among other things, access to corporate books and records.  Since filing this action, we have been communicating constructively with counsel for each of the Defendants.  The Defendants have produced a substantial quantity of books and records, and the parties have been discussing alternative ways to resolve this matter efficiently.  Toward that end, we respectfully request that the preliminary conference and all associated deadlines be adjourned for 45 days, during which time the parties can continue to productively discuss any outstanding issues.  This is the parties' first such request for an adjournment.

Sincerely,

*Evan K. Farber*

Evan K. Farber
Partner

cc:   George O. Richardson, III, Esq.
      Joseph Lee Matalon, Esq.